# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MARTHA WILBORN**                                                                   **PLAINTIFF**

**v.**                                            **CAUSE NO. 1:18cv371-LG-RHW**

**EQUIFAX, INC. and EQUIFAX**
**INFORMATION SERVICES, LLC**                              **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered herewith dismissing with prejudice Plaintiff Martha Wilborn's claims against Defendants Equifax, Inc. and Equifax Information Services, LLC,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of February, 2019.

                                                         s/ *Louis Guirola, Jr.*
                                                         LOUIS GUIROLA, JR.
                                                         UNITED STATES DISTRICT JUDGE